WILLIAM H. WILSON *v.* PAUL HRYNIEWICZ ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 38 Conn. App. 715 (AC 12467), is denied.

*David E. Rosengren* and *David F. Sherwood,* in support of the petition.

*Neil F. Murphy,* in opposition.

Decided September 28, 1995

STATE OF CONNECTICUT *v.* REGINALD ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 777 (AC 13388), is denied.

*Lawrence R. Pellett,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided September 28, 1995